**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

STACIE VAUGHN-BYSE

       Plaintiff,

v.                                                                       CASE  NO: 14-CV-11251-DT

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____/

## JUDGMENT

      In accordance with the Order Adopting the Magistrate Judge's Report and

Recommendation granting defendant's motion for summary judgment and denying

plaintiff's motion for summary judgment entered this date,

      IT IS ORDERED AND ADJUDGED that judgment be, and hereby is

**GRANTED** in favor of Defendant and against Plaintiff.


                     ENTERED BY ORDER OF THE COURT


Dated: August 21, 2015         S/Lisa Wagner_____
                       LISA G. WAGNER, CASE MANAGER AND
                       DEPUTY CLERK TO THE HONORABLE
                       ROBERT H. CLELEND